IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN JESENSKY, et ux., ) | No. 96-680 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| A-BEST PRODUCTS CO., et al., ) | |
| ) | |
| Defendants. ) | |

### FINAL ORDER AND JUDGMENT

AND NOW, this _____ day of _____ 2006, the Court, recognizing that all claims against all parties in the above-captioned action have been resolved through settlement, the granting of summary judgment, or the advent of bankruptcy, hereby enters final judgment in this action. Plaintiffs' Complaint is dismissed against all parties to this action with prejudice.

_____ J.