IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN JESENSKY and ANTHONY JESENSKY, | ) ) ) | No. 2:96-CV-680 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| A-BEST PRODUCTS CO., et al., | ) ) ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Karen and Anthony Jesensky, Plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Third Circuit from the Final Order and Judgment entered in this action on May 23, 2006, specifically with regard to the Order entered July 1, 2003, denying Plaintiffs' Motion to Remand, as well as the Order entered February 27, 2004, granting, *inter alia*, the Motions for Summary Judgment of Defendants Duquesne Light Corporation, Gateway Industrial Supply, McCarls, Inc., and Thiem Corporation.

Dated: June 16, 2006

Respectfully submitted,

_____
David B. Rodes
Pa. I.D. #47819
Jason T. Shipp
Pa. I.D. #87471
GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219
(412) 471-3980

Attorneys for Plaintiffs